

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2013

No. 04-12-00735-CR and 04-12-00736-CR

Albert **NICHOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B93-6 and B93-7
Honorable Rex Emerson, Judge Presiding

## O R D E R

The Appellant's motion for extension of time to file the motion for rehearing is GRANTED. Time is extended to January 27, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court